UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC SHULMAN, SANFORD
PASSER, STEM CELL GROWN, INC.,
and SCG OF MICHIGAN, LLC,

    Plaintiffs,

v.                                                  Case No. 13-CV-12203-DT

                              HONORABLE DENISE PAGE HOOD

BARBARA CZERSKA,

    Defendant.
_____/

## JUDGMENT

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered against Plaintiffs and in favor of Defendant.

                                          DAVID J. WEAVER
                                          CLERK OF COURT

Approved:                                    By:  s/LaShawn Saulsberry
                                                        Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: October 31, 2013
Detroit, Michigan